UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESUS ORTIZ,                                              :

          Plaintiff,                              :

        -against-                                    :

COMMISSIONER OF SOCIAL SECURITY,       :

         Defendant.                              :
------------------------------------------------------------X

**ORDER**

19-CV-77 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The parties have entered into a stipulation respecting the resolution of this action. See Docket Entry No. 34. Based on that stipulation, the decision of the Commissioner of Social Security ("Commissioner") is hereby reversed and this action is remanded to the Commissioner, pursuant to sentence four of 42 U.S.C.§ 405 (g), for further administrative proceedings. The Clerk of Court is directed to enter judgment. See Schalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
      April 23, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE