**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JESUS ORTIZ

                      Plaintiff,                    19 **CIVIL** 77 (KNF)

        -v-                               **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 23, 2020, the parties having entered into a stipulation respecting the resolution of this action; <u>See</u> Docket entry No.34; Based on the stipulation, the decision of the Commissioner of social Security ("Commissioner") is hereby reversed and this action is remanded to the Commissioner, pursuant to sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

**Dated:**  New York, New York
          April 27, 2020

                                                       **RUBY J. KRAJICK**
                                                       _____
                                                             **Clerk of Court**
                                        **BY:**
                                                             **Deputy Clerk**